| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Matthew E. Faler**<br>**17330 Brookhurst St., Suite 240**<br>**Fountain Valley, CA 92708**<br>**(714) 465-4433 Fax: (714) 965-7823**<br>California State Bar Number: 243067<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Kimberly Pace** | CHAPTER   **13**<br>CASE NUMBER **8:09-bk-24104**<br><br>HEARING DATE: **August 24, 2010 2:00 p.m.** |
|---|---|
| Debtor. | |

## NOTICE OF OBJECTION TO CLAIM

1.  TO *(specify claimant and claimant's counsel, if any)*:   **Bank of America, Chapter 13 Trustee, and any interested party**

2.  NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #  **3-1** ) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3.  **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/16/10

Date Notice Mailed:

**Law Offices of Matthew E. Faler**
*Law Firm Name*

By:

Name:  **Matthew E. Faler**
*Attorney for Objector*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

**F 3007-1.3**

| In re | | CHAPTER __13__ |
|---|---|---|
| **Kimberly Pace** | | CASE NUMBER **8:09-bk-24104** |
| | Debtor. | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17330 Brookhurst St., Ste 240, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Objection to Proof of Claim #3-1 filed by Bank of America** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**Honorable Theodor Albert**
**411 W. Fourth Street, Suite 5085**
**Santa Ana, CA 92701**

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __7/16/10__   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

**Amrane Cohen**
**efile@ch13ac.com**

**U.S. Trustee (SA)**
**ustpregion16.sa.ecf@usdoj.gov**

**Matthew E Faler on behalf of Debtor Kimberly Pace**
**mfaler@faler-law.com**

**Christopher M McDermott on behalf of Interested Party Courtesy NEF**
**ecfcacb@piteduncan.com**

**Ramesh Singh on behalf of Interested Party Courtesy NEF**
**claims@recoverycorp.com**

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __7/16/10__   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Bank of America**
**PO Box 26012 NC4 105 03 14**
**Greensboro, NC 27420**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

**F 3007-1.3**

| In re | CHAPTER ___13___ |
|---|---|
| **Kimberly Pace** | CASE NUMBER **8:09-bk-24104** |
| Debtor. | |

**Bank of America**
**Attn: Brian T. Moynihan**
**100 N. Tryon Street**
**Charlotte, NC 28255**
**via certified mail**

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/16/10 | **Leslie Klott** | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

Matthew E. Faler, Esq. (State Bar No. 243067)
Law Offices of Matthew E. Faler, P.C.
17330 Brookhurst St., Suite 240
Fountain Valley, CA 92708
Tel: (714)465-4433/Fax: (714)965-7823
Email: mfaler@faler-law.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

|  |  |
|---|---|
| In Re<br><br>KIMBERLY PACE<br><br>Debtor, | Case No.: 8:09-BK-24104-TA<br><br>OBJECTION TO PROOF OF CLAIM #3-1 FILED BY BANK OF AMERICA<br><br>Chapter 13<br><br>Hearing Date: August 24, 2010<br>Time: 2:00 p.m.<br>Location: 411 W. 4TH ST. Santa Ana, CA 92701, Courtroom 5B |

## I.

## INTRODUCTION

The purpose of this objection is to establish the value of Bank of America ("BoA") security interest in the Debtors' 2008 Chevrolet Tahoe (the "Vehicle"). See Exhibit "A"   Debtors' propose the value of the Vehicle to be $20,200 whereas BoA per its proof of claim has stated the value to be $29,850.00. See Exhibits "B" and "C". BoA has not provided any evidence supporting their value.

See Exhibit "C". The Debtors' attach their declaration and the following points and authorities in support of their valuation.

## II.

### Argument

A.    **A SECURED CLAIM IS SECURED ONLY TO THE EXTENT OF THE VALUE OF THE COLLATERAL**

11 U.S.C. Section 506(a) states that:

"An allowed claim of a creditor secured by a lien on property in which the estate has an interest, Or that is subject to a setoff under section 553 of this title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff, as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest  or the amount so subject to setoff is less than the amount of such allowed claim."

11 U.S.C. Section 506(d)  further states that:

"To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void."

Therefore to the extent a secured claim exceeds the value of the property securing the claim, that particular portion of the claim is considered unsecured.

B.    **DEBTOR MAY REQUEST AND THE COURT MAY ENTER AN ORDER THAT VALUES COLLATERAL WHICH IS PROPERTY OF THE BANKRUPTCY ESTATE AND WHICH SECURES A CLAIM OF A CREDITOR AGAINST THE DEBTOR BY WAY OF A MOTION AFTER A NOTICED HEARING**

FRBP 3012 states that the court may determine the value of a claim secured by a lien on

property in which the estate has an interest on motion of any party and after a noticed hearing.

## C.    THE VEHICLE'S VALUE IS $20,200 AND AS A RESULT BOA'S SECURED CLAIM IS $20,200

The value of the vehicle is governed by 11 U.S.C. 506(a)(2).  If the property is acquired for

personal, household, or family purposes, the replacement value is the price a retail merchant would

charge for the same property considering the age and the condition of such property.  This circuit has

yet to determine a method for calculating value under this section.  The courts which have tackled this

issue have developed a myriad methods.  While the methods vary, the general gist of the methods is

that the courts start with the Kelly Blue Book or N.A.D.A guide and then make some sort of adjustment

related to condition, necessity of repairs, and local market conditions.  *See In re Morales* 387 B.R. 36,

42 (Bankr. C.D. Cal. 2008) [Extensive examination of cases on this issue].

One appellate court has examined this issue.  *See In re De Anda-Ramirez* 359 B.R. 794 (10th

Cir. BAP 2007).  The court held utilizing the KBB private value was not clear error.  The court

reviewed the meaning of retail value defined by KBB and determined that since KBB assumes

excellent condition of the vehicle (with the caveat less than 5% of vehicles are in excellent condition),

unless in fact the vehicle is in excellent condition, the KBB retail price is not equivalent to retail price

as defined by Title 11.

Debtor urges this court to adopt the method utilized in *In re De Anda-Ramirez*.  In this case we

have a declaration of the Debtors' asserting the condition of the vehicle, the mileage, and repairs

needed.  In its proof of claim, BoA provided no evidence supporting its valuation.  Absent any evidence

to the contrary presented by BoA, this court should find the value of the vehicle to be $20,200. *See In

re Enewally*, 368 F.3d 1165, 1173 (9th Cir. 2001).

BoA may argue that the vehicle's value is controlled by the 11 U.S.C. 1325(a) "hanging

paragraph" which states:

> For purposes of paragraph (5), section 506 shall not apply to a claim described in that paragraph
>
> if the creditor has a purchase money security interest securing the debt that is the subject of the
>
> claim, the debt was incurred within the 910-day preceding the date of the filing of the petition,
>
> and the collateral for that debt consists of a motor vehicle (as defined in section 30102 of title
>
> 49) acquired for the personal use of the debtor, or if collateral for that debt consists of any other
>
> thing of value, if the debt was incurred during the 1-year period preceding that filing.

To be a "910 vehicle" there are three requirements: 1) the creditor holds a purchase money

security interest in a motor vehicle; 2) the debt was incurred within 910 days of the bankruptcy filing;

and 3) the motor vehicle was acquired for the personal use of the debtor. Debtor concedes that the first

two requirements are met, but the personal use requirement fails because the vehicle is used primarily

for business purposes.

Many courts have noted that the 1325(a) "hanging paragraph" does not provide any guidance

how to define "personal use". Much has been written about what constitutes "personal" as opposed to

"family", "household" and "non-business" uses. And because the statute does not use any qualifiers

such as solely, exclusively, mostly, or primarily, it can be difficult to determine how to treat vehicles

that have mixed uses.

The courts in *In re Joseph* 2007 WL 95027 (Bankr. W.D. LA 2007) and *In re Ozenkoski* 417

BR 794 (Bankr.E.D.Miss. 2009) used a totality of circumstances approach for vehicles that are used for

both personal and business uses. This test looks at whether or not the car is predominately used to

perform functions of a business or trade. The Ozenkoski court adopted the Joseph approach because,

unlike earlier approaches used by different courts, it looks at both the intent at purchase in addition to

the subsequent use of the vehicle. In that case, the court examined the debtor's use of the vehicle, and

found that the nature of his job as a textbook salesperson and the mileage he used for business purposes was significant. In the 9th circuit, the court in *In re Counts* 2007 WL 2669204 (Bankr. D.Mont 2007) held that a debtor who used a vehicle for her house cleaning service did not meet the personal use requirement because she bought the vehicle for business purposes and documented business mileage was 55-60% more than non-business uses.

Debtor urges this court to find that the vehicle is not a 910 vehicle subject to 11 U.S.C. 1325(a). In the declaration of Debtor she states that she bought the vehicle for her business as an ultrasound technician and that the medical equipment that she uses required her to buy the large SUV. (See Pace Declaration). Thus, not all of the requirements are met, and the value of the vehicle should be governed by 11 U.S.C. 506(a)(2).

### III.

### CONCLUSION

Based upon the foregoing, Debtors respectfully requests the court enter an order that:

1. Sustaining Debtors Objection;

2. BoA's secured claim in the Vehicle is $20,200.00;

3. BoA's unsecured claim of $9,446.26;

4. Any other relief the court finds justified;

Dated: July 16 , 2010

Law Offices of Matthew E. Faler,

By: _____/s/ Matthew E. Faler_____

Matthew E. Faler, Esq.
Attorney for Debtor

# Exhibit A

B6B (Official Form 6B) (12/07)

In re    **Kimberly Pace**                                          Case No.    **8:09-bk-24104**
_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | **100.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo - Checking and Savings** | - | **2,400.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Landlord Security Deposit for #311 Brookhurst** | - | **500.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Goods** | - | **1,500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Paintings - No Rembrants or Van Gogh or Dalis or Monets** | - | **5,000.00** |
| 6. | Wearing apparel. | | **Clothing for Everyday Use** | - | **2,000.00** |
| 7. | Furs and jewelry. | | **Jewelry** | - | **3,400.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **14,900.00**
(Total of this page)

**2**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kimberly Pace**                                                    Case No.   **8:09-bk-24104**
                                                                    ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Ameritrade Account** | - | **1,900.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **51% interest in XYZ** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total >  | **1,900.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kimberly Pace**                                          Case No.   **8:09-bk-24104**
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevrolet Tahoe 23k | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture for Computer, Laptop | - | 1,400.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 21,400.00 |
| Total > | 38,200.00 |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Exhibit B

Matthew E. Faler, Esq. (State Bar No. 243067)
Law Offices of Matthew E. Faler, P.C.
17330 Brookhurst St., Suite 240
Fountain Valley, CA 92708
Tel: (714)465-4433/Fax: (714)965-7823
Email: mfaler@faler-law.com


Attorney for Debtor


# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

|  |  |
|---|---|
| In Re | Case No.: 8:09-bk-24104 |
| KIMBERLY PACE | DECLARATION OF KIMBERLY PACE |
| Debtor, | |

I, KIMBERLY PACE, declare as follows:

1. I have personal knowledge of the matters set forth and, if called upon to testify, I could and would competently testify thereto.  I am over the age of 18.

2. I purchased a 2008 Chevrolet Tahoe in or around November 22, 2008.  This vehicle is listed on Schedule B of my petition.

3. The vehicle at the time the petition was filed had 32,000 miles.

4. The value of the vehicle is $20,200.00.  I base this valuation on the fact that a similar vehicle could be obtained for this amount.  See exhibit "D".

5. I purchased the vehicle primarily for use in my business as an Ultrasound Technician.

6. The Ultrasound machine and accompanying equipment is fairly large and a SUV or similar vehicle is required to transport this equipment.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/25/10

Kimberly Pace

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

# Exhibit C

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>KIMBERLY PACE | Case Number:<br>09-24104 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Bank of America NA | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Bank of America NA<br>Po Box 26012 NC4 105 03 14<br>Greensboro NC 27420<br><br>Telephone number:<br>(888) 702-1161 | **Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Bank of America NA<br>Po Box 26012 NC4-105-02-77<br>Greensboro, NC  27410<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| 1. **Amount of Claim as of Date Case Filed:**    $_____29,646.26_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
|---|---|
| 2. **Basis for Claim:**   Money Loaned<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. **Last four digits of any number by which creditor identifies debtor:**  4739_____<br><br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | |
| 4. **Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☑ Motor Vehicle  ☐ Other<br>**Describe:**  2008 CHEVROLET TAHOE<br><br>**Value of Property:**$___29,850.00__ **Annual Interest Rate** 6.450 %<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>if any: $_____0.00__ **Basis for perfection:**  title _____<br><br>**Amount of Secured Claim:** $___29,646.26__ **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br>12/30/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Debra Wall | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PACE, KIMBERLY A
7306 MAST CR
HUNTINGTON BEACH CA 92648

HELILLO CHEVROLET
18211 BEACH BLVD.
HUNTINGTON BEACH, CA92648

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2008 | CHEVROLET TAHOE | 11947 | GNFC13J48R103352 | personal, family or household / business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 6.4% | $7635.85 | $34102.64 | $41636.60 | $45138.60 |

STATEMENT OF INSURANCE

ORIGINAL LIENHOLDER

OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. How we will figure Finance Charge...
b. How we will apply payments...
c. How late payments or early payments change what you must pay...
d. You may prepay...

**2. YOUR OTHER PROMISES TO US**

a. If the vehicle is damaged, destroyed, or missing...

GAP LIABILITY NOTICE

b. Using the vehicle...
c. Security Interest...
d. Insurance you must have on the vehicle...
e. What happens to returned insurance, maintenance, service, or other contract charges...

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. You may owe late charges...
b. You may have to pay all you owe at once...
c. You may have to give up the vehicle...
d. We may take the vehicle from you...
e. How you can get the vehicle back if we take it...

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

DeLillo Chevrolet

**4. WARRANTIES SELLER DISCLOSES**

**5. Used Car Buyers Guide.**

**6. Applicable Law**

**7. Warranties of Buyer.**

CREDIT DISABILITY INSURANCE NOTICE
CLAIM PROCEDURE

Seller's Right to Cancel

VINtekTIME Reports - Run On: Wed Jan 06 13:12:37 EST 2010

## Lien and Title Information
## Bank of America

| | | | |
|---|---|---|---|
| Account Number | ████████739-103352 | VIN | 1GNFC13J48R103352 |
| Customer | PACE, KIMBERLY A | | |
| Lien Holder ID | 2310 | Lien Holder Name | Bank of America |
| Lien Start | 11/22/2008 | Lien End | |
| Original Loan Amount | $0 | Lien Balance Amount | $0 |
| Lien Type | Retail | DealerID | |

### Last ELT Transactions

| | | | |
|---|---|---|---|
| Sent | NONE | Status | NONE |
| Received | 12/19/2008 01:53 Add Title - Perfection of Lien | | |

### Borrower / Lessee Details

| | |
|---|---|
| Name1 | PACE, KIMBERLY A |
| CoSigner | , |
| Address | 7306 MAST DR |
| | HUNTINGTON BEACH, CA    92648 |

### Vehicle Information

| | | | |
|---|---|---|---|
| Vehicle type | | Make | CHEVROLET |
| Model | TAHOE | Year | 2008 |

### Title Information

| | | | |
|---|---|---|---|
| Title Number | 6BFH080 | Title State | CA |
| Tag Number | | | |
| Status | MATCHED 12/19/2008 | Match Date | 12/19/2008 |

### State Information

| | | | |
|---|---|---|---|
| Name1 | PACE,KIMBERLY A | | |
| CoSigner | | | |
| Address | 7306 MAST DR | | |
| | HUNTINGTON BH, CA  92648 | | |
| Vehicle Type | | Make | CHEV |
| Model | UT | Year | 2008 |
| Title State | CA | Title Number | 6BFH080 |
| Brands | 68 CA: Actual Mileage | | |

# Exhibit D



**2008 Chevrolet Tahoe NO RESERVE**

## Vehicle History Report Summary for 2008 Chevrolet Tahoe NO RESERVE

| AutoCheck Score | | | Number Of Owners: 1 |
|---|---|---|---|
| **93** | No title issues | No repo or theft events | VIN: 1GNFC13098R117769 |
| 93 - 94 | No accidents or damage | No special vehicle use | Last Odometer Reading: 69680 |
| similar vehicles | No odometer rollback | | miles reported May-20-2010 |
| About this report | | >> View the full report for free | Report Run Date: Jun-18-2010 10:56:11.054 CDT |



Provided by AutoCheck, a part of Experian. Copyright Experian Information Solutions, Inc. 2010. All rights reserved. Experian provides these reports to you on an "as is" basis and eBay is not responsible or liable for the comprehensiveness or accuracy of the reports. eBay does not endorse any information contained in the reports. If you have any questions about the reports, contact Experian.

| Title: | 2008 TAHOE LTZ TV/DVD NAV FACTORY WARRANTY NO RESERVE | | | | |
|---|---|---|---|---|---|
| Mileage: | 63,479 miles | | | | |
| Location: | Los Angeles, CA | | | | |
| **Vehicle Information** | | | | | |
| VIN: | 1gnfc13098r117769 | See the free Vehicle History Report | | | |
| Warranty: | Vehicle has an existing warranty (specify details in description) | | | | |
| Title: | Clear | | | | |
| Condition: | Used | | | | |
| **Features** | | | | | |
| Body type: | SUV | Engine: | 8 Cylinder | Exterior color: | White |
| Transmission: | Automatic | Fuel type: | Gasoline | Interior color: | Black |
| Drivetrain: | -- | Disability equipped: | -- | | |
| More Information | | | | | |

Seller assumes all responsibility for this listing.

**2008 Chevrolet Tahoe LTZ, 2 Wheel Drive, 5.3L V8, Automatic Transmission. What a nice Tahoe!**

**This has been a California Car from day one.**

**It has had Only 1 CA OWNER.**

**Factory Powertrain Warranty good till 2-28-2013 or 100K Miles.**

**Car is equipped with:**

- **Navigation**
- **Leather**
- **Heated seats**
- **Sunroof**
- **3rd Seat**
- **Power door locks**
- **Cruise Control**
- **Dual A/C**
- **TV/DVD**
- **Rear Camera**
- **20" Sport Rims**
- **Running Boards**
- **Luggage Rack**
- **Tow Package**

**You won't find a nicer Tahoe then this. The LTZ Model is fully equipped.**

**The exterior is a glossy white finish. Looks great for its age. No Accidents.**

**The interior is a black leather upholstery. Looks practically new.**

**This Tahoe runs absolutely perfect. The tires look great, and the transmission shifts smoothly.**

**We have a full service mechanic shop. All of our cars go through a complete pre-inspection process. We check the engine, drivetrain, brakes, tires, and top off all of the fluids.**

**We are located in Beautiful Hermosa Beach California, at 840 Pacific Coast Hwy. Caseys Cars inc.**

**Our office is approx. 20 minutes south of Los Angeles International Airport.**

**If you have any questions, please call Tom@310-279-6705 cell or office@310-372-2739**

# THIS IS A NO RESERVE AUCTION!!

# THE HIGHEST BIDDER WINS!!



**Safe Buying Tips for Vehicles**

**1** NEVER pay for a vehicle by instant cash transfer, such as Western Union or Moneygram.

**2** ALWAYS check the My Messages section in your My eBay page to confirm any emails from us requesting account information.

**3** GET a vehicle history report before purchasing a used car (1981 or later).

**4** BEWARE of fraudsters who send fake email messages claiming to represent or offer escrow services as part of eBay's Vehicle Purchase Protection program.

**Be safe - get all the tips**

01100

Back to home page | Report this item | Printer version | Sell one like this                                    Return to top

Tahoe | Chevy Tahoe | 2007 Tahoe | Used Cars Atlanta | Used Cars Chicago | Used Cars Detroit | Used Cars Houston | Used Carsos Angeles | Used Cars New York | Popular Cars
| Popular Motorcycles | Popular Parts and Accessories | Popular Vehicles | Motors Stores
Free Local Classifieds | PayPal | ProStores | Apartments for Rent | Shopping.com | Tickets

About eBay | Motors Security Center | Policies | Government Relations | Site Map | Contact Us | Help | Follow us on Twitter | Find us on Facebook

© 1995-2010 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered
trademarks of Kelley Blue Book Co., Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC, all rights
reserved. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time
Announcements